Sara LOWRY, Plaintiff–Appellant,

v.

CITY OF SAN DIEGO, Defendant–Appellee.

No. 13–56141

United States Court of Appeals, Ninth Circuit.

September 16, 2016

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

---

* The Estate of Bruce H. Barton is substituted as Plaintiff–Appellant pursuant to Fed. R.